# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**551**
**CA 16-01910**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, TROUTMAN, AND SCUDDER, JJ.

---

BRUCE COLEMAN AND ROCHESTER AUTO
MAINTENANCE, INC., PLAINTIFFS-APPELLANTS,

V                                                                    ORDER

CHEVRON U.S.A., INC. AND TREMARCO CORP.,
DEFENDANTS-RESPONDENTS.

---

KNAUF SHAW LLP, ROCHESTER (ALAN J. KNAUF OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

WOODS OVIATT GILMAN LLP, ROCHESTER (BERYL NUSBAUM OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered March 4, 2016.  The order granted the motion of defendants for summary judgment dismissing plaintiffs' claims for public nuisance and loss of sale proceeds and dismissing all claims by plaintiff Rochester Auto Maintenance, Inc., and denied the cross motion of plaintiffs for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  April 28, 2017                          Frances E. Cafarell
                                                  Clerk of the Court